No. 09-11175. In re Michael Phillips, Petitioner.

562 U.S. 826, 131 S. Ct. 153, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7662.

October 4, 2010. Petition for writ of mandamus denied.

No. 09-11209. In re Anthony Ray Dailey, Petitioner.

562 U.S. 826, 131 S. Ct. 160, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7688.

October 4, 2010. Petition for writ of mandamus denied.

No. 09-11284. In re Jackie Lyn Coulombe, Petitioner.

562 U.S. 826, 131 S. Ct. 172, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7812.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-95. In re Saundra J. Counce, Petitioner.

562 U.S. 826, 131 S. Ct. 294, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7767.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-5030. In re Caesar White, Jr., Petitioner.

562 U.S. 826, 131 S. Ct. 230, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7811.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-5193. In re Nathan Andrew Bryant, Petitioner.

562 U.S. 826, 131 S. Ct. 256, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7834.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-5368. In re Leonel Caballero Magana, Petitioner.

562 U.S. 826, 131 S. Ct. 284, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7726.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-5525. In re Thomas Martin Sukup, Petitioner.

562 U.S. 826, 131 S. Ct. 313, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7779.

October 4, 2010. Petition for writ of mandamus denied.

No. 10-5596. In re Mark Mearl Bowersock, Petitioner.

562 U.S. 826, 131 S. Ct. 324, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7666.

October 4, 2010. Petition for writ of mandamus denied.

No. 09-10533. In re Jon Cox, Petitioner.

562 U.S. 826, 131 S. Ct. 87, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7728,

October 4, 2010. Petition for writ of mandamus and/or prohibition denied.